**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DENA FLETCHER, | : | CIVIL ACTION NO. 15-1744 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| HOPEWELL TC INVESTMENT LP, et al., | : | |
| Defendants. | : | |

**THE COURT** ordered the parties to show cause why the complaint should not be dismissed for lack of subject-matter jurisdiction under 28 U.S.C. § 1332(a). (See dkt. 12.) The parties have not responded, and thus are deemed to be in support of dismissal. (See id. at 6.)

**FOR GOOD CAUSE APPEARING**, the Court will issue an appropriate order and judgment, inter alia, dismissing the complaint without prejudice to the plaintiff to recommence the action in state court within thirty days.

　　　　　　　　　　　　　　　　　　　 s/ Mary L. Cooper
　　　　　　　　　　　　　　　　　　**MARY L. COOPER**
　　　　　　　　　　　　　　　　　　United States District Judge

**Dated:**  June 30, 2015